UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSE SANTOS BARAJAS-CEJA,

        Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

## Alien Reentry

On or about September 21, 2021, in Kent County, in the Western District of Michigan, Southern Division,

JOSE SANTOS BARAJAS-CEJA,

being an alien who had previously been removed, was found in the United States without having obtained the express prior consent of the Attorney General or the Secretary of Homeland Security to return or reapply for admission.

8 U.S.C. § 1326(a)

                      A TRUE BILL

                      _____
                      GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
DONALD DANIELS
Assistant United States Attorney