UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE SANTOS BARAJAS-CEJA,

    Defendant.
_____/

Hon. Paul L. Maloney

Case No. 1:22-cr-00013-PLM

**ORDER**

Defendant appeared before me on December 28, 2024, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f). After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing. I find that his waiver was knowingly and voluntarily entered. Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on December 27, 2024.

    /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge