UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **United States of America,** | No. 1:22-cr-00013 |
| Plaintiff | Hon. Paul L. Maloney |
| v | |
| **Jose Santos Barajas-Ceja,** | |
| Defendant. | |

### JOINT MOTION FOR EXPEDITED SENTENCING AND BRIEF IN SUPPORT

Defendant Jose Barajas-Ceja, through his counsel, Pavol Fabian, and the United States, by Assistant United States Attorney Donald Daniels, jointly ask this Court to sentence Mr. Barajas-Ceja immediately following his guilty plea. Consistent with this request, the parties also ask the Court to waive the presentence investigation report under Rule 32(c)(1)(A)(ii).

Here, Mr. Barajas-Ceja intends to plead guilty to illegal reentry in violation of 8 USC § 1326(a), as charged in the indictment. The following joint sentencing memorandum is being filed to assist the Court in fashioning an appropriate sentence.

**Offense**: Alien Re-Entry in violation of 8 USC § 1326(a)
**Date Offense Concluded**: September 21, 2021
**Statutory Minimum**: None
**Statutory Maximum**: 2 years and/or $250,000 fine, 1 year of supervised release, $100 special assessment
**Base Offense Level**: 8 (USSG § 2L1.2(a))
**Potential Adjustments**: -2 (Acceptance - USSG § 3E1.1(a))
**Total Offense Level**: 6

**Criminal History Points and Category**: 5 criminal history points, Category III
**Guideline Range**: 2-8 months
**Advisory Supervised Release Range**: 1 year (USSG § 5D1.2(a)(3))
**Restitution**: Not applicable
**Advisory Fine Range**: $1,000-$9,500 (USSG § 5E1.2(c)(3))

## Offense Conduct

Neither the facts nor the law are in dispute. On September 21, 2021, Mr. Barajas-Ceja, a Mexican citizen, was found in the United States (US): here in the Western District of Michigan, in its Southern Division. Admittedly, Mr. Barajas-Ceja had been removed from the US before this and returned without first obtaining the express consent of the Attorney General or the Secretary of Homeland Security to return or reapply for admission.

## Criminal History

Counsel is unaware of any juvenile criminal history. As an adult, however, Mr. Barajas-Ceja has the following misdemeanor convictions:

| Arrest Date | Conviction | Sentence Date | Sentence | Court | Criminal History Points |
| --- | --- | --- | --- | --- | --- |
| 04/19/2003 | Possession of drug paraphernalia | 06/25/2003 | 45 days in jail, 90 days probation | Wilson County District Court, North Carolina | 0 (4A1.2(e)(3)) |
| 04/06/2010 | Operating without a valid license | 04/15/2010 | Fines and costs | 78th District Court, Newaygo County, Michigan | 0 (4A1.2(c)(1)) |
| 10/12/2012 | Operating while intoxicated | 01/16/2013 | 2 days in jail | 78th District Court, Newaygo County, Michigan | 1 (4A1.1(c)) |

| 06/22/2015 | Driving while intoxicated | 10/04/2016 | 60 days in jail, 12 mos probation | Johnston County District Court, North Carolina | 2 (4A1.1(b)) |
| 12/14/2015 | Driving while intoxicated | 12/23/2015 | 6 mos in jail with 5 mos and 25 days suspended, Supervised Probation | Bland County District Court, Virginia | 1 (4A1.1(c)) |
| 02/28/2020 | Operating while intoxicated with high blood alcohol content, Failure to Report Accident to Fixtures | 06/21/2021 | 180 days in jail with 180 days suspended, 1 year probation | 63rd District Court, Kent County, Michigan | 1 (4A1.1(c); 4A1.2(a)(3)) |

Mr. Barajas-Ceja has a misdemeanor for operating while intoxicated with high blood alcohol content still pending in the 63rd District Court in Kent County, Michigan. This charge dates back to September 21, 2021.

## Immigration History

Mr. Barajas-Ceja has been removed from the United States twice before. His first removal occurred on February 12, 2013 from Laredo, Texas. The second occurred on January 27, 2016, from Brownsville, Texas.

## Personal Background

Mr. Barajas-Ceja was 9 years old when he came to the United States. His parents brought him over as the oldest of 6 brothers. Growing up, his mother worked a lot and, eventually, he too, being the oldest, had to drop out of school to help support the family. In all, he's spent the majority of his life, now over 30 years, in the United States.

Mr. Barajas-Ceja is the father to 3 children: a 20-year-old daughter, a 17-year-old son, and his youngest, an 8-year-old daughter. Both older children are fully aware of their father's situation and support his removal from the United States.

Following his sentencing and eventual removal, Mr. Barajas-Ceja intends to return and live with his grandmother in her home in Zamora, Michoacán, Mexico. At 83 years old, Mr. Barajas-Ceja knows she needs help and he can provide that for her. Her home has phone and internet access so continued communication with his children will not be any issue.

The personal background information was provided by the defendant and is not joined in by the United States.

### Sentencing Guidelines

The advisory sentencing guidelines in this case are between 2-8 months, reflecting a criminal category III and an adjusted offense level 6. Under USSG § 2L1.2, Mr. Barajas-Ceja's base offense level is 8 but, if the acceptance adjustment is granted under USSG § 3E1.1(a), this would be reduced by 2 levels. The criminal category III is based on 5 total criminal history points. The advisory fine range is $1,000 to $9500. And the advisory range for supervised release is 1 year.

### Conclusion

Mr. Barajas-Ceja believes the information in the record and this pleading will allow the Court to exercise its sentencing authority under 18 USC § 3553 meaningfully. What's more, waiving the presentence investigation report in this case will result in a savings in time, expense, and delay that accompanies its general preparation.

In sum, given the nature of Mr. Barajas-Ceja's offense, the applicable guideline range, and the mandatory removal to follow the sentence imposed, the parties jointly ask this Court to waive the presentence report requirement and sentence him immediately after the entry of his plea.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | *s/ Pavol Fabian* |
| Dated: February 12, 2025 | _____ |
|  | Pavol Fabian (P78542)<br>Attorney for Mr. Barajas-Ceja<br>PO Box 1906<br>Grand Rapids, MI 49501<br>(616) 828-5955 |
|  | ANDREW BYERLY BIRGE<br>Acting United States Attorney |
| Dated: February 12, 2025 | /s/ Donald Daniels (w/ permission)<br>Donald Daniels<br>Assistant United States Attorney<br>The Law Bldg.<br>330 Ionia Ave., NW<br>Grand Rapids, MI 49501-0208<br>(616) 456-2404 |